UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLINT C. STARNS | CIVIL ACTION |
| VERSUS | NO: 19-674 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | SECTION: "J"(3) |

## ORDER

Considering the foregoing *Joint Motion to Dismiss Case* **(Rec. Doc. 18)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims by Plaintiff in the captioned matter be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 11th day of June, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE